THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY SETTERQUIST, | CASE NO. C18-1131-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LAW OFFICES OF TED D. BILLBE, PLLC, a Washington Professional Limited Liability Company, and TED D. BILLBE, individually and on behalf of the marital community comprised of TED D. BILLBE and JANE DOE BILLBE | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 32) of the Court's order granting Defendant's motion to dismiss and striking Plaintiff's motion for partial summary judgment (Dkt. No. 30). The Court hereby calls for a response to Plaintiff's motion for reconsideration from Defendants. The parties should focus on the issues of merger and whether CR 60(b)(1) precluded Plaintiff from seeking relief under CR 60(b)(11).

Defendant shall file a response brief of ten (10) pages or less no later than Monday, October 8, 2018. Plaintiff's reply brief shall be five (5) pages or less and due by Friday, October

MINUTE ORDER
C18-1131-JCC
PAGE - 1

12, 2018. Neither party is required to include a factual background in its briefing. Plaintiff's motion for reconsideration (Dkt. No. 32) is RENOTED to October 12, 2018.

DATED this 26th day of September 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk