THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANCY SETTERQUIST, | CASE NO. C18-1131-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LAW OFFICES OF TED D. BILLBE, PLLC, a Washington Professional Limited Liability Company, and TED D. BILLBE, individually and on behalf of the marital community comprised of TED D. BILLBE and JANE DOE BILLBE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Ninth Circuit has reversed and remanded (Dkt. Nos. 43, 45) the Court's order granting Defendants' motion to dismiss and denying as moot Plaintiff's motion for partial summary judgment (Dkt. Nos. 30). The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

//

//

DATED this 4th day of December 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk